UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISTY DAWN BELL, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:11-00203 ) Judge Sharp |
| PROVIDENCE COMMUNITY CORRECTIONS, INC., inclusive of its parents and subsidiaries, | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant Providence Community Corrections Inc.'s Motion to Dismiss (Docket No. 11) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff Misty Dawn Bell's claims under the Fair Debt Collections Practices Act, the Tennessee Consumer Protection Act, and her unidentified tort claims, but DENIED with respect to her claim under 42 U.S.C. § 1983.

(2) Defendant's Motion to Strike (Docket No. 13) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE