IN THE UNITED STATES DISTRICT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISTY DAWN BELL, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PROVIDENCE COMMUNITY CORRECTIONS, INC., inclusive of its parent and subsidiaries, )<br><br>Defendant. ) | Case No. 3:11-cv-00203<br><br>Judge Campbell/Magistrate Knowles<br><br>JURY DEMAND |

___

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
___

Based upon the Stipulation of Dismissal With Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the signature of counsel below, it appears to the Court that this action should be dismissed with prejudice. It is, accordingly, hereby ORDERED as follows:

1. All pending motions are denied as MOOT.
2. This action is hereby DISMISSED WITH PREJUDICE.
3. The Court's prior December 8, 2011 Order, Dkt. No. 61, dismissing the case without prejudice is hereby replaced by his final judgment dismissing the case with prejudice.
4. All parties shall bear their own court costs.
5. This Order shall constitute the final judgment of this Court.

_____
KEVIN H. SHARP
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY BY:


By: ___s/ Cyrus L. Booker (by permission MBA)__
     Cyrus L. Booker
     Maria Estes Hall
     Gonzalez Saggio & Harlan LLP
     Attorneys for Plaintiffs
     1720 West End Avenue, Suite 640
     Nashville, TN 37203-2615
     (615) 815-1637


By: ____s/ Melissa Ballengee Alexander_____
     Robert S. Patterson
     Melissa Ballengee Alexander
     Bradley Arant Boult Cummings LLP
     1600 Division Street, Suite 700
     Nashville, Tennessee 37203
     (615) 252-2326


## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to Cyrus Booker, 1720 West End Avenue, Suite 640, Nashville, TN 37203.


                                          /s Melissa Ballengee Alexander_____
                                          Melissa Ballengee Alexander